*Law Offices of*
**FRANCISCO HERNANDEZ, ESQ.**

| | |
|---|---|
| 1732 Great Neck Rd.<br>Copiague, NY 11726<br>(631)956-6100<br>(631)956-6102 Fax | 276 Fifth Avenue, Suite 501<br>New York, NY 10001<br>212-689-5299<br>212-689-0669 Fax |

May 19, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2006 ★

BROOKLYN OFFICE

BY FACSIMILE
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York, 11201
Judge John Gleeson

Denied.
So ordered
s/John Gleeson

In re: **UNITED STATES VS. ALFONSO ESCOBAR-HERNANDEZ**
**DOCKET No. CR-06-241**

JG
5-19-06

Dear judge Gleeson:

I am writing to request an adjournment in the above referenced case. Yesterday I received discovery material from the government and this morning I visited my client to discuss said material. The material offered has strong bearing on whether a trial would be a wise decision for my client.

After that I contacted the AUSA John Durham and requested a meeting early next week to which he has agreed.

He has also no objection to an adjournment of this case. I would of course waive speedy trial for the length of this short adjournment in the interest of justice.

My client will be served by this adjournment in that this case may well be resolved without the need for a trial. I would ask the opportunity to do so.

Respectfully submitted,

Francisco Hernandez, Esq.

c.c. John Durham
 AUSA