CD:JD
F.#2006R00438

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUN 14 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ALFONSO ESCOBAR-HERNANDEZ,

   Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 06-CR-241 (JG)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John J. Durham, for an order to dismiss the indictment in the above-captioned matter as to ALFONSO ESCOBAR-HERNANDEZ.

WHEREFORE, it is ordered that the indictment in the above-captioned matter be dismissed as to ALFONSO ESCOBAR-HERNANDEZ.

Dated:    Brooklyn, New York
         June 13, 2006

                              s/John Gleeson
                              HONORABLE JOHN GLEESON
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK